TIMOTHY COURCHAINE
United States Attorney
District of Arizona

PAUL V. STEARNS
Arizona Bar No. 029528
Assistant U.S. Attorney
123 N. San Francisco St., Suite 410
Flagstaff, Arizona 86001
Telephone: (928) 556-0833
Facsimile: (928) 556-0759
paul.stearns@usdoj.gov
*Attorneys for the Plaintiff*

☒ FILED  ☐ LODGED

**Nov 19 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Tannys Breae Liggins, <br><br> Defendant. | Case No.: CR-25-8216-PCT-CDB <br><br> **INFORMATION** <br><br> VIO: 18 U.S.C. §§ 7, 113(a)(4), and 3561(b) (Domestic Assault By Striking, Beating, and Wounding – Class A Misdemeanor) <br> Counts 1 and 2 <br><br> 36 C.F.R. §§ 1.3 & 2.31(a)(3) (Criminal Damage in a National Park – Class B Misdemeanor) <br> Count 3 |

THE UNITED STATES OF AMERICA CHARGES:

### COUNT 1

On or about October 4, 2025, in Mohave County, in the District of Arizona, within the confines of Lake Mead National Recreation Area, an area within the special maritime and territorial jurisdiction of the United States, the defendant, TANNYS BREAE LIGGINS, an adult female, did intentionally, knowingly, and recklessly assault S.F., the defendant's former intimate and dating partner, by striking, beating, and wounding him. The defendant assaulted S.F. with a step stool.

In violation of Title 18 United States Code, Sections 7, 113(a)(4), and 3561(b).

**COUNT 2**

On or about October 4, 2025, in Mohave County, in the District of Arizona, within the confines of Lake Mead National Recreation Area, an area within the special maritime and territorial jurisdiction of the United States, the defendant, TANNYS BREAE LIGGINS, an adult female, did intentionally, knowingly, and recklessly assault S.F., the defendant's former intimate and dating partner, by striking, beating, and wounding him. The defendant assaulted S.F. with her hands and keys.

In violation of Title 18 United States Code, Sections 7, 113(a)(4), and 3561(b).

**COUNT 3**

On or about October 4, 2025, in Mohave County, in the District of Arizona, within the confines of Lake Mead National Recreation Area, an area within the jurisdiction of the National Park Service, the defendant, TANNYS BREAE LIGGINS, did unlawfully destroy, injure, deface, and damage property. The defendant damaged property belonging to S.F.

In violation of Title 36, Code of Federal Regulations, Sections 1.3 and 2.31(a)(3).

Date: November 19, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

PAUL V. STEARNS
Assistant U.S. Attorney

- 2 -